UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                Case No. 07-63967

LLOYD STEPHEN WILLIAMS,        Chapter 13
and PAMELA TYNETTA WILLIAMS,

                                                     Judge Thomas J. Tucker
                 Debtors.
_____/

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS**

     This case is before the Court on Creditor PNC National Bank, N.A.'s Motion to Restrict Public Access to Proof of Claim No. 16-1 (Docket # 113 the "Motion"), and the Court having considered the matter and being otherwise fully advised in the premises;

     IT IS ORDERED that the Motion (Docket # 113) is granted.

**Signed on July 15, 2020**



                                                         /s/ Thomas J. Tucker
                                                         **Thomas J. Tucker**
                                                         **United States Bankruptcy Judge**